**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Green Hygienics Holdings, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-2801338 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1876 Round Potrero <br> Potrero, CA 91963 <br> Number, Street, City, State & ZIP Code | P.O. Box 102 <br> Potrero, CA 91963 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| San Diego <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL) _____

6.  **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Green Hygienics Holdings, Inc.                                            Case number (*if known*)

Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

Debtor    Green Hygienics Holdings, Inc.                                              Case number (*if known*)
_____
Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Green Hygienics Holdings, Inc.            Case number (*if known*) _____
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 10, 2023
           MM / DD / YYYY

**X** /s/   Todd Mueller _____      Todd Mueller _____
     Signature of authorized representative of debtor      Printed name

Title    CEO _____

**18. Signature of attorney**

**X** /s/ Andrew Bisom _____      Date   July 10, 2023 _____
     Signature of attorney for debtor                  MM / DD / YYYY

Andrew Bisom 137071 _____
Printed name

Law Office of Andrew S. Bisom _____
Firm name

300 Spectrum Center Drive, Ste. 1575
Irvine, CA 92618 _____
Number, Street, City, State & ZIP Code

Contact phone    (714) 643-8900 _____    Email address    abisom@bisomlaw.com _____

137071 CA _____
Bar number and State

---

| Debtor | Green Hygienics Holdings, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 10, 2023___
MM / DD / YYYY

X _____                    Todd Mueller
Signature of authorized representative of debtor    Printed name

Title    CEO

**18. Signature of attorney**

X _____                    Date    July 10, 2023
Signature of attorney for debtor                         MM / DD / YYYY

Andrew Bisom 137071
Printed name

Law Office of Andrew S. Bisom
Firm name

300 Spectrum Center Drive, Ste. 1575
Irvine, CA 92618
Number, Street, City, State & ZIP Code

Contact phone    (714) 643-8900    Email address    abisom@bisomlaw.com

137071 CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Green Hygienics Holdings, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 10, 2023            **X** /s/   Todd Mueller
                                        Signature of individual signing on behalf of debtor

                                        Todd Mueller
                                        Printed name

                                        CEO
                                        Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Green Hygienics Holdings, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☒  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☒  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☒  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐  *Schedule H: Codebtors (Official Form 206H)*
☒  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐  Amended Schedule
☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 10, 2023          X _____
                                         Signature of individual signing on behalf of debtor

                                         Todd Mueller
                                         Printed name

                                         CEO
                                         Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Green Hygienics Holdings, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10/6 Productions P.O. Box 191265 San Diego, CA 92119 | | Professional Services | | | | $10,000.00 |
| Alita Capital, Inc 13795 Blaisdell Pl., Ste. 202 Poway, CA 92064 | | Professional Services | | | | $27,849.00 |
| Bank of the West 4180 La Jolla Village Dr., Ste. 150 La Jolla, CA 92037 | | Loan | | | | $427,000.00 |
| Boustead Securities, LLC 6 Venture, Ste. 395 Irvine, CA 92618 | | | | | | $285,000.00 |
| Dennis Janda, Inc. 42164 Remington Ave. Temecula, CA 92590 | | Professional Services | | | | $8,175.00 |
| Firebird Manufacturing, LLC 1057 Bill Tuck Highway South Boston, VA 24592 | | Trade debt | Disputed | | | $162,400.00 |
| Graig Sinson 1952 Comox St., Ste. 1101 Vancouver, BC | | Professional Services | | | | $55,718.00 |
| GreenGro Technologies 1676 West Lincoln Ave. Anaheim, CA 92801 | | Trade debt | | | | $12,000.00 |

Debtor  Green Hygienics Holdings, Inc.                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Greenhouse Systems USA, Inc. 512 Casserly Rd Watsonville, CA 95076 | | Trade debt | | | | $29,327.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $501,574.00 |
| Investorbrandnetwork (IBN) 8033 Sunset Blvd., Ste. 1037 Los Angeles, CA 90046 | | | | | | $51,921.00 |
| Keramida, Inc. 401 N. College Ave. Indianapolis, IN 46202 | | Professional Services | Disputed | | | $13,848.00 |
| Kyle Mackinnon 25 Bell View Point Road York | | Professional Services | | | | $107,679.00 |
| Law Offices of David J. Hollander 2727 Camino Del Rio South, ste. 211 San Diego, CA 92108 | | Professional Services | | | | $18,726.00 |
| Levan Djarnia c/o Dimetri Reyzin, Esq. 380 S. Melrose Drive, Ste. 300 Vista, CA 92081 | | | Unliquidated Disputed | | | $213,000.00 |
| Nutrien Ag Solutions, Inc. 1015 Linda Vista Drt., Bldg. A&B San Marcos, CA 92078 | | Trade debt | | | | $37,947.00 |
| Primordia, LLC Att: Cherry Lahar 8301 E. 21st N., Ste. 420 Wichita, KS 67206 | | | | | | $168,000.00 |
| RDO Equipment Co 3275 CA-86 Imperial, CA 92251 | | Trade debt | | | | $16,366.00 |
| Ron Loudoun 47086 Denman Pl. Vancouver | | | | | | $587,650.00 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 2

Debtor    Green Hygienics Holdings, Inc.
          Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Todd Mueller 3600 S. Pierce St. #1-102 Denver, CO 80235 | | | | | | $150,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Green Hygienics Holdings, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $    19,800,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $    450,600.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $    20,250,600.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $    7,379,419.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $    501,574.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    2,410,091.00

4.   **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b                                                                                              $    10,291,084.00

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    Green Hygienics Holdings, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
        Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1.  Bank of the West | Checking | | $600.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $600.00 |
|---|

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:     Investments

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor  Green Hygienics Holdings, Inc.                                      Case number *(If known)* _____
_____
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.   Go to Part 7.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** Seed, biomass, etc. See Attached | $0.00 | | Unknown |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* See Attached | $0.00 | | Unknown |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |

| 33. | **Total of Part 6.** Add lines 28 through 32.   Copy the total to line 85. | $0.00 |
|---|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.   Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor __Green Hygienics Holdings, Inc._____     Case number *(If known)* _____
            Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  John Deere Tractor | $0.00 | | Unknown |
| 47.2.  1999 Suburban | $0.00 | | Unknown |
| 47.3.  1997 Ford F350 Flatbed truck | $0.00 | | Unknown |

**48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>2019 Landoll Disc Ripper<br>2018 John Deere Backhoe<br>2 2019 Solex 5 Row Trium<br>2019 Frontier Mower | $0.00 | | $450,000.00 |
|---|---|---|---|

**51. Total of Part 8.**

Add lines 47 through 50.    Copy the total to line 87.

|   |
|---|
| $450,000.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  1876 Round Potrero<br>Road, Potrero, CA<br>91963<br>includes greenhouse<br>and farm house | Fee Simple | $0.00 | Appraisal | $19,800,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Green Hygienics Holdings, Inc.                                    Case number *(If known)*
          Name

| 55.2. | 1994 Dodge 3500 1 ton flat-deck truck | | $0.00 | | Unknown |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$19,800,000.00

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.    Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.    Go to Part 12.
☐ Yes Fill in the information below.

Debtor    Green Hygienics Holdings, Inc.      Case number *(If known)* _____
       Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $600.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $450,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $19,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $450,600.00 | + 91b. $19,800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $20,250,600.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# Green Hygienics Holdings Inc. - Equipment and Inventory
## 30-Jun-23

**Description**

**Equipment**

HPLC testing Equipment
Lemkin Rubin 9
Centurion 3.1 Trimer
Mosa Seeder - trays
JD TRACTOR
LANDOLL DISC RIPPER
JOHN DEERE BACKHOE
SOLEX 5 ROW TRIUM
SOLEX 5 ROW TRIUM
FRONTIER MOWER
JD 75KVA Generator
POLARIS RAZOR
John Deere Tractor
John Deere Manure Spreader
John Deere Mulcher
Suburban
K5 Blazer
Compressor
FORD F350 FLATDECK
DODGE 3500 1 TON FLATDECK
MISC. EQUIPMENT: TOOLS, GENERATORS, WELDER,
ELECTRIC BROOMS, PUMPS ETC., OGANIC TANKS/BALL
POTS,SOILS,NUTRIENTS
Soil Hopper
Pot filler
Needle Seeder (2)
Shower conveyor
Trimmer Centurion
Trimmer Ultra 3
Trimmer Resonator
Misc injection mold pots (2,3,5,30 gal)
Hanging industrial fans (approx. 30)
Standing industrial fans (10)
Floor fan (5)
Dosatron (5)
Misc sprayer
Foamer
1000 w Gavita (approx. 40)
600 w bulbs (approx. 72)

Seed counter (2)
Generators (colloidal silver approx. 15)
Pak All seeder - pots
Air Blast Seed Cleaner
Stripping & Milling Line
Bale Squeezer - McHale R5
Juran Dryer Equipment
Cenrifuge
Flexar HPLC System
Testing Equipment
Growing Tent
Oven
Camera - Sony A7R4 and Accessories
Lenovo Computer
Laptop - Black Cobra CF-30 Toughbook
C-Stands
Iphones Xr
Panasonic Laptop Rugged CF-31 Toughbook
Acer Swift 3 SF315-41G- Laptop
Wisco 621 Commercial Countertop Convection Ovens
So-Low Freezer MV30-4UCF
Flammable Chemicals Container
8,000 BTU Portable Air Conditioner with Dehumidifier
AgroFlex T5 HO 44-4ft 4 T5- Lamp Fixture -120 Volt
Duralastics Clone Trays 4ftx8ft
Ez Clone Water Pump
Ez-Clone Cutting System Manifold
Covert 8"x24" Ventilation and Odor Control Kit
Miscellaneous Lab/Prep Inventory (<$75 listing price)
Gavita Pro 1700e LED Grow Lights

**Inventory**

Seed
Biomass Primordia
Organic Crude
T-Free Crude
T-Free Distillate
Terpenes
Finished Flower
Biomass
Flower to finish

| Fill in this information to identify the case: |
| --- |

Debtor name    Green Hygienics Holdings, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |
| | | Do not deduct the value of collateral. | |
| **2.1** Home Loan Eagle, Inc. | **Describe debtor's property that is subject to a lien** | $1,760,000.00 | $19,800,000.00 |
| Creditor's Name | 1876 Round Potrero Road, Potrero, CA | | |
| 14407 Big Basin Way, Suite D | 91963includes greenhouse and farm house | | |
| Saratoga, CA 95070 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | Second Mortgage | | |
| | **Is the creditor an insider or related party?** | | |
| | ☒ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☒ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ☐ No | Check all that apply | | |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| 1. Kreutzkamp Spouse's Trust | ☐ Unliquidated | | |
| 2. Home Loan Eagle, Inc. | ☐ Disputed | | |
| 3. San Diego County Treasuer-Tax Collector | | | |

| | | | |
| --- | --- | --- | --- |
| **2.2** Home Loan Eagle, Inc. | **Describe debtor's property that is subject to a lien** | $2,668,748.00 | $19,800,000.00 |
| Creditor's Name | 1876 Round Potrero Road, Potrero, CA | | |
| 14407 Big Basin Way, Suite D | 91963includes greenhouse and farm house | | |
| Saratoga, CA 95070 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | Third Mortgage | | |
| | **Is the creditor an insider or related party?** | | |
| | ☒ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☒ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** 5386 | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ☐ No | Check all that apply | | |
| | ☐ Contingent | | |

Debtor   Green Hygienics Holdings, Inc.                                    Case number (if known) _____
           Name

☒ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
Specified on line 2.16

---

| 2.3 | Kreutzkamp Spouse's Trust | | $2,750,000.00 | $19,800,000.00 |

**Creditor's Name**
Ernestina Gonzalez
Kreutzkamp and Robert P.
Pizzuto, Trustee's
1155 Barret Lake Road
Dulzura, CA 91917
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
1876 Round Potrero Road, Potrero, CA
91963includes greenhouse and farm house

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
8/2019
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.16

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | RDO Equipment Co. | | $120,000.00 | $450,000.00 |

**Creditor's Name**

8571 Running W. Road
Missoula, MT 59808
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2019 Landoll Disc Ripper2018 John Deere
Backhoe2 2019 Solex 5 Row Trium2019 Frontier
Mower

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | San Diego County Treasuer-Tax Collector | | $80,671.00 | $19,800,000.00 |

**Creditor's Name**
1600 Pacific Highway, Room
162
San Diego, CA 92101-2474
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
1876 Round Potrero Road, Potrero, CA
91963includes greenhouse and farm house

**Describe the lien**
Property Taxes
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Green Hygienics Holdings, Inc.                                    Case number (if known) _____
                    Name

**Date debt was incurred**                    ☒ No
2021 - 2023                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| Specified on line 2.16 | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $7,379,419.0 0 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name ___Green Hygienics Holdings, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $501,574.00 | $501,574.00 |
| Date or dates debt was incurred<br>2019 - 2021 | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>10/6 Productions<br>P.O. Box 191265<br>San Diego, CA 92119 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,000.00 |
| **Date(s) debt was incurred**<br>**Last 4 digits of account number** | Basis for the claim: __Professional Services__<br>Is the claim subject to offset? ☒ No ☐ Yes |  |
| **3.2** Nonpriority creditor's name and mailing address<br>Alita Capital, Inc<br>13795 Blaisdell Pl., Ste. 202<br>Poway, CA 92064 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,849.00 |
| **Date(s) debt was incurred**<br>**Last 4 digits of account number** | Basis for the claim: __Professional Services__<br>Is the claim subject to offset? ☒ No ☐ Yes |  |
| **3.3** Nonpriority creditor's name and mailing address<br>Bank of the West<br>4180 La Jolla Village Dr., Ste. 150<br>La Jolla, CA 92037 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $427,000.00 |
| **Date(s) debt was incurred**<br>**Last 4 digits of account number** | Basis for the claim: __Loan__<br>Is the claim subject to offset? ☒ No ☐ Yes |  |

Debtor  Green Hygienics Holdings, Inc. _____     Case number (if known) _____
           Name

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Boustead Securities, LLC<br>6 Venture, Ste. 395<br>Irvine, CA 92618 | $285,000.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _         Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Clark Hill, PLC<br>500 Woodward Ave., Ste. 3500<br>Detroit, MI 48226 | $355.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Professional Services

Last 4 digits of account number _         Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Deborah J. Goldsberry<br>1707 Leimert Blvd<br>Oakland, CA 94602 | $750.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Professional Services

Last 4 digits of account number _         Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Dennis Janda, Inc.<br>42164 Remington Ave.<br>Temecula, CA 92590 | $8,175.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Professional Services

Last 4 digits of account number _         Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Discount Edger<br>125 Wolf Road, Ste. 100<br>Albany, NY 12205 | $823.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Professional Services

Last 4 digits of account number _         Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>DLC Process Consulting, LLC<br>P.O. Box 3893<br>Sumter, SC 29151 | $3,625.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Professional Services

Last 4 digits of account number _         Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>ECC Test Lab<br>10338 Stony Run Lane<br>Ashland, VA 23005 | $425.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _         Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>E-Z Shipper Racks<br>300 North Pacific Coast Highway, Ste. 1060<br>El Segundo, CA 90245 | $4,247.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _         Is the claim subject to offset?  ☒ No   ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor  Green Hygienics Holdings, Inc.                                   Case number (if known)  _____
        Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Firebird Manufacturing, LLC<br>1057 Bill Tuck Highway<br>South Boston, VA 24592 | $162,400.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | |
| | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Graig Sinson<br>1952 Comox St., Ste. 1101<br>Vancouver, BC | $55,718.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _Professional Services_ | |
| | **Last 4 digits of account number** _ | |
| | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>GreenGro Technologies<br>1676 West Lincoln Ave.<br>Anaheim, CA 92801 | $12,000.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | |
| | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Greenhouse Systems USA, Inc.<br>512 Casserly Rd<br>Watsonville, CA 95076 | $29,327.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | |
| | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Indeglia PC<br>13274 Fiji Way, Ste. 250<br>Marina del Rey, CA 90292 | $1,989.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _Professional Services_ | |
| | **Last 4 digits of account number** _ | |
| | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Investorbrandnetwork (IBN)<br>8033 Sunset Blvd., Ste. 1037<br>Los Angeles, CA 90046 | $51,921.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | |
| | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Keramida, Inc.<br>401 N. College Ave.<br>Indianapolis, IN 46202 | $13,848.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _Professional Services_ | |
| | **Last 4 digits of account number** _ | |
| | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Kyle Mackinnon<br>25 Bell View Point Road<br>York | $107,679.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _Professional Services_ | |
| | **Last 4 digits of account number** _ | |
| | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor   **Green Hygienics Holdings, Inc.**                                    Case number (if known) _____
_____
Name

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,726.00 |

**Nonpriority creditor's name and mailing address**
Law Offices of David J. Hollander
2727 Camino Del Rio South, ste. 211
San Diego, CA 92108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Professional Services_
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | | $213,000.00 |

Levan Djarnia
c/o Dimetri Reyzin, Esq.
380 S. Melrose Drive, Ste. 300
Vista, CA 92081

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | | $4,594.00 |

Liquid Enviromental Solutions of CA
P.O. Box 733372
Dallas, TX 75373

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | | $3,000.00 |

Malbon Creative
3330 Pacific Ave. #202
Virginia Beach, VA 23451

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Professional Services_
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | | $1,104.00 |

NAPA Auto Parts
13881 Campo Road
Jamul, CA 91935

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | | $115.00 |

Nevada Agency & Filing
50 W. Liberty St. Ste. 880
Reno, NV 89501

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | $6,437.00 |

Next Wave Insurance
110 Plaza, 110 W. A St., Ste. 675
San Diego, CA 92101

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | | $37,947.00 |

Nutrien Ag Solutions, Inc.
1015 Linda Vista Drt., Bldg. A&B
San Marcos, CA 92078

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_
Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor  Green Hygienics Holdings, Inc. _____  Case number (if known) _____
         Name

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168,000.00 |
|---|---|---|---|

Primordia, LLC
Att: Cherry Lahar
8301 E. 21st N., Ste. 420
Wichita, KS 67206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

Protective Insurance Co.
111 Congressional Blvd., #500
Carmel, IN 46032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,366.00 |
|---|---|---|---|

RDO Equipment Co
3275 CA-86
Imperial, CA 92251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587,650.00 |
|---|---|---|---|

Ron Loudoun
47086 Denman Pl.
Vancouver

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

Todd Mueller
3600 S. Pierce St. #1-102
Denver, CO 80235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Brett T. Abbott<br>Gubler & Abbott<br>1110 N. Chinowth St<br>Visalia, CA 93291 | Line  3.27<br>☐   Not listed. Explain ____ | _ |
| 4.2 | William A. Markham<br>Law Offices of William Markham, P.C.<br>402 West Broadway, Ste. 400<br>San Diego, CA 92101 | Line  3.12<br>☐   Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ 501,574.00 |

Debtor    Green Hygienics Holdings, Inc.

Name

Case number (if known) _____

**5b. Total claims from Part 2**         5b.   **+**   $       2,410,091.00

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.               5c.    $      2,911,665.00

**Fill in this information to identify the case:**

Debtor name      Green Hygienics Holdings, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
        ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
        ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Green Hygienics Holdings, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Ron Loudoun | | Boustead Securities, LLC | ☐ D _____<br>☒ E/F ___3.4___<br>☐ G _____ |
| 2.2  Ron Loudoun | | Primordia, LLC | ☐ D _____<br>☒ E/F ___3.28___<br>☐ G _____ |
| 2.3  Ron Loudoun | | Firebird Manufacturing, LLC | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Green Hygienics Holdings, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| For prior year:<br>From 08/01/2022 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $0.00 |
| For year before that:<br>From 08/01/2021 to 07/31/2022 | ☒ Operating a business<br>☐ Other _____ | $0.00 |
| For the fiscal year:<br>From 08/01/2020 to 07/31/2021 | ☒ Operating a business<br>☐ Other _____ | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    Green Hygienics Holdings, Inc.

Case number *(if known)* _____

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Djarnia v.  v  Green Hygienics, Inc. 37-2022-00005935-CU-OE-CTL | Wage Claim | Superior Court of CA, County of San Diego | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Firebird Manufacturing, LLC v. Green Hygienics Holdings, Inc. et al 23CV0126AJB AGS | Collection | U.S. District Court, Southern District of CA | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Nutrien Ag Solutions, Inc. v. Green Hygienics Holdings, Inc., et al 37-2022-00016666-CU-BC-CTL | Collection | Superior Court of CA, County of San Diego 330 West Broadway San Diego, CA 92101 | ☒ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Green Hygienics Holdings, Inc.                                    Case number *(if known)*

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Bisom Law Group 300 Spectrum Center Drive, Ste. 400 Irvine, CA 92618 | | June 2, 2023 - $4500July 6, 2023 - $10,000 | $14,500.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Green Hygienics Holdings, Inc.                                    Case number *(if known)*

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Green Hygienics Holdings, Inc.                                  Case number *(if known)*

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    Green Hygienics Holdings, Inc.                              Case number *(if known)*

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Todd Mueller | 3600 S. Pierce St. #1-102 Denver, CO 80235 | CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ron Loudoun | 47086 Denman Pl. | Shareholder | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kyle McKinnon | | Officer | 12/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Levan Djarnia | | Chief Science Officer | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

Debtor    Green Hygienics Holdings, Inc.                                    Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      July 10, 2023

/s/  Todd Mueller                                         Todd Mueller
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Debtor    Green Hygienics Holdings, Inc.             Case number *(if known)* _____

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 10, 2023

_Signature of individual signing on behalf of the debtor_      Todd Mueller
                                         Printed name

Position or relationship to debtor    CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of California

In re   Green Hygienics Holdings, Inc.

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alita Capital, Inc<br>13795 Blaisdell Pl., Ste. 202,<br>Poway, CA 92064 | | | Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   July 10, 2023

Signature   /s/ Todd Mueller

Todd Mueller

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of California**

In re    Green Hygienics Holdings, Inc.
_____
    Debtor(s)

Case No. _____
Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alita Capital, Inc.<br>13795 Blaisdell Pl., Ste. 202,<br>Poway, CA 92064 | | | Shareholder |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 10, 2023    Signature    _____
                                                    Todd Mueller

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
*18 U.S.C. §§ 152 and 3571*

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re    Green Hygienics Holdings, Inc.

Case No. _____

Debtor(s)

Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ...................................................... $ _____

Prior to the filing of this statement I have received ....................................... $ _____

Balance Due ..................................................................................................... $ _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .......................... $ _____14,500.00_

The undersigned shall bill against the retainer at an hourly rate of ............................... $ _____550.00_
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
 Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
 Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

In re    Green Hygienics Holdings, Inc.                                    Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| July 10, 2023 | /s/ Andrew Bisom |
| *Date* | Andrew Bisom 137071 |
| | *Signature of Attorney* |
| | Law Office of Andrew S. Bisom |
| | 300 Spectrum Center Drive, Ste. 1575 |
| | Irvine, CA 92618 |
| | (714) 643-8900   Fax: |
| | abisom@bisomlaw.com |
| | *Name of law firm* |

In re     Green Hygienics Holdings, Inc.                                        Case No. _____
_____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  July 10, 2023
_____          _____
        *Date*                                        Andrew Bisom 137071
                                                     *Signature of Attorney*
                                                     Law Office of Andrew S. Bisom
                                                     300 Spectrum Center Drive, Ste. 1575
                                                     Irvine, CA 92618
                                                     (714) 643-8900   Fax:
                                                     abisom@bisomlaw.com
                                                     _____
                                                     *Name of law firm*

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
Andrew Bisom 137071
300 Spectrum Center Drive, Ste. 1575
Irvine, CA 92618
(714) 643-8900
137071 CA

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Green Hygienics Holdings, Inc.

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

☒ New petition filed. Creditor <u>diskette</u> required.                     TOTAL NO. OF CREDITORS:_

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.     TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

☒ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:    July 10, 2023                    /s/  Todd Mueller
                                          Todd Mueller/CEO
                                          Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**

**CSD 1008 (Page 2)** [08/21/00]

## INSTRUCTIONS

1)      Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2)      A creditors matrix with Verification is required whenever the following occurs:

      a)      A new petition is filed.  Diskette required.

      b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

      c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be originally typed or printed. It may not be a copy.

4)      CONVERSIONS:

      a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification.  Diskette required.

      b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

      a)      Scannable matrix format required.

      b)      The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

      c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
Andrew Bisom 137071
300 Spectrum Center Drive, Ste. 1575
Irvine, CA 92618
(714) 643-8900
137071 CA

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Green Hygienics Holdings, Inc.

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

☒ New petition filed. Creditor diskette required.
                                                                TOTAL NO. OF CREDITORS: _

☐ Conversion filed on _____ *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor diskette required.          TOTAL NO. OF CREDITORS _____
    ☐ Post-petition creditors added. Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity
Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

☒ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the
filing of a matrix is not required.

Date:   July 10, 2023

                                     Todd Mueller/CEO
                                     Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

```
10/6 Productions
P.O. Box 191265
San Diego, CA 92119


Alita Capital, Inc
13795 Blaisdell Pl., Ste. 202
Poway, CA 92064


Bank of the West
4180 La Jolla Village Dr., Ste. 150
La Jolla, CA 92037


Boustead Securities, LLC
6 Venture, Ste. 395
Irvine, CA 92618


Brett T. Abbott
Gubler & Abbott 1110 N. Chinowth St
Visalia, CA 93291


Clark Hill, PLC
500 Woodward Ave., Ste. 3500
Detroit, MI 48226


Deborah J. Goldsberry
1707 Leimert Blvd
Oakland, CA 94602


Dennis Janda, Inc.
42164 Remington Ave.
Temecula, CA 92590


Discount Edger
125 Wolf Road, Ste. 100
Albany, NY 12205


DLC Process Consulting, LLC
P.O. Box 3893
Sumter, SC 29151


ECC Test Lab
10338 Stony Run Lane
Ashland, VA 23005


E-Z Shipper Racks
300 North Pacific Coast Highway, Ste. 10
El Segundo, CA 90245


Firebird Manufacturing, LLC
1057 Bill Tuck Highway
South Boston, VA 24592


Graig Sinson
1952 Comox St., Ste. 1101
Vancouver, BC
```

```
GreenGro Technologies
1676 West Lincoln Ave.
Anaheim, CA 92801


Greenhouse Systems USA, Inc.
512 Casserly Rd
Watsonville, CA 95076


Home Loan Eagle, Inc.
14407 Big Basin Way, Suite D
Saratoga, CA 95070


Indeglia PC
13274 Fiji Way, Ste. 250
Marina del Rey, CA 90292


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Investorbrandnetwork (IBN)
8033 Sunset Blvd., Ste. 1037
Los Angeles, CA 90046


Keramida, Inc.
401 N. College Ave.
Indianapolis, IN 46202


Kreutzkamp Spouse's Trust
Ernestina Gonzalez Kreutzkamp and Robert
1155 Barret Lake Road
Dulzura, CA 91917


Kyle Mackinnon
25 Bell View Point Road
York


Law Offices of David J. Hollander
2727 Camino Del Rio South, ste. 211
San Diego, CA 92108


Levan Djarnia
c/o Dimetri Reyzin, Esq.
380 S. Melrose Drive, Ste. 300
Vista, CA 92081


Liquid Enviromental Solutions of CA
P.O. Box 733372
Dallas, TX 75373


Malbon Creative
3330 Pacific Ave. #202
Virginia Beach, VA 23451
```

NAPA Auto Parts
13881 Campo Road
Jamul, CA 91935


Nevada Agency & Filing
50 W. Liberty St. Ste. 880
Reno, NV 89501


Next Wave Insurance
110 Plaza, 110 W. A St., Ste. 675
San Diego, CA 92101


Nutrien Ag Solutions, Inc.
1015 Linda Vista Drt., Bldg. A&B
San Marcos, CA 92078


Primordia, LLC
Att: Cherry Lahar
8301 E. 21st N., Ste. 420
Wichita, KS 67206


Protective Insurance Co.
111 Congressional Blvd., #500
Carmel, IN 46032


RDO Equipment Co
3275 CA-86
Imperial, CA 92251


RDO Equipment Co.
8571 Running W. Road
Missoula, MT 59808


Ron Loudoun
47086 Denman Pl.
Vancouver


San Diego County Treasuer-Tax Collector
1600 Pacific Highway, Room 162
San Diego, CA 92101-2474


Todd Mueller
3600 S. Pierce St. #1-102
Denver, CO 80235


William A. Markham
Law Offices of William Markham, P.C.
402 West Broadway, Ste. 400
San Diego, CA 92101